# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147190

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TONYA JOY LEITZ,
      Defendant-Appellant.

SC:  147190
COA:  308902
Saginaw CC:  10-034055-FH
               10-034057-FH

_____/

      On order of the Court, the application for leave to appeal the April 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0826

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk